FEDERATION BANK AND TRUST COMPANY, Respondent, v. ANDREW JACKSON APARTMENTS, INC., Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Action to foreclose a mortgage on real property. Defendant-owner appeals from the order granting plaintiff's motion for reargument of its motion for summary judgment and on reargument granting the motion to strike out said defendant's answer, directing a reference to compute and judgment of foreclosure and sale. Order affirmed, with ten dollars costs and disbursements. The facts pleaded in the complaint are not in dispute. Defendant-owner pleaded as a defense that by reason of certain transactions between the parties the maintenance of the action by plaintiff is inequitable and unconscionable and that plaintiff is estopped from maintaining it. Defendant-owner submitted no proofs efficient to defeat the motion. The issue tendered is not genuine but feigned; there is in truth nothing to be tried. (*Curry v. Mackenzie*, 239 N. Y. 267, 270.) Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur. [168 Misc. 328.]

ABRAHAM FELDER, Appellant, v. LENA FLANZIG, Respondent.— Action to recover damages for personal injuries claimed to have been sustained as a consequence of slipping on ice while stepping off a curbstone at the corner of two streets in Brooklyn, at which time plaintiff's foot is claimed to have been caught in a wire attached to a post on part of a grass plot between the curb and a cement sidewalk at that corner. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.